## TRI-CITIES DOOR CORP. v. PARNACHER

No. 546P96

Case below: 124 N.C.App. 673

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## VIEREGGE v. N.C. STATE UNIVERSITY

No. 491P96

Case below: 124 N.C.App. 461

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## WILMINGTON STAR-NEWS v. NEW HANOVER REGIONAL MEDICAL CENTER

No. 54P97

Case below: 125 N.C.App. 174

Motion by appellant (Craig) for temporary stay allowed 7 February 1997.

## WILSON v. SUTTON

No. 488P96

Case below: 124 N.C.App. 170

Petition by defendants (Sutton & Sutton Motors) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## YOUNG v. MASTROM, INC.

No. 365PA96

Case below: 123 N.C.App. 162

344 N.C. 638

Motion by plaintiffs for order to show cause dismissed 7 February 1997.